**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB SANTOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYHOUND LINES, INC.; FIRSTGROUP AMERICA, INC.; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00044-TLN-DB<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: January 6, 2020<br>Service Date:　　January 24, 2020<br>Response Date:　March 13, 2020<br>New Date:　　　April 13, 2020<br><br>Trial Date:　　　None<br>District Judge:　Hon. Troy L. Nunley<br>　　　　　　　　Courtroom 2, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>　　　　　　　　Courtroom 27, Sacramento |

Proposed Order

Case No. 2:20-cv-00044-TLN-DB
ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

In light of the parties' Second Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint, and good cause appearing, the Court hereby grants the parties' stipulation and ORDERS that defendants Greyhound Lines, Inc. and FirstGroup America, Inc. shall have until April 13, 2020 to respond to plaintiff Jacob Santos' Complaint.

**IT IS SO ORDERED.**

DATED: March 16, 2020

Troy L. Nunley
United States District Judge

Proposed Order

1    Case No. 2:20-cv-00044-TLN-DB
ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT