# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SANTOS,<br><br>        Plaintiff,<br><br>   v.<br><br>GREYHOUND LINES, INC.; FIRSTGROUP AMERICA, INC.; and DOES 1-10, Inclusive,<br><br>        Defendants. | Case No. 2:20-cv-00044-TLN-DB<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:  January 6, 2020<br>Service Date:     January 24, 2020<br>Response Date:  April 13, 2020<br>New Date:        May 29, 2020<br><br>Trial Date:        None<br>District Judge:   Hon. Troy L. Nunley<br>                    Courtroom 2, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                    Courtroom 27, Sacramento |

In light of the parties' Third Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint, and good cause appearing, the Court hereby grants the parties' stipulation and ORDERS that defendants Greyhound Lines, Inc. and FirstGroup America, Inc. shall have until May 29, 2020 to respond to plaintiff Jacob Santos' Complaint.

**IT IS SO ORDERED.**

Dated: April 3, 2020

Troy L. Nunley
United States District Judge

1  Case No. 2:20-cv-00044-TLN-DB
[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Proposed Order Granting Third