UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SANTOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYHOUND LINES, INC.; FIRSTGROUP AMERICA, INC.; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00044-TLN-DB<br><br>**ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:　January 6, 2020<br>Service Date:　　January 24, 2020<br>Response Date:　May 29, 2020<br>New Date:　　　June 15, 2020<br><br>Trial Date:　　　None<br>District Judge:　Hon. Troy L. Nunley<br>　　　　　　　　Courtroom 2, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>　　　　　　　　Courtroom 27, Sacramento |

Case No. 2:20-cv-00044-TLN-DB
ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Proposed Order
Granting Fourth

1 | In light of the parties' Fourth Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint, and good cause appearing, the Court hereby grants the parties' stipulation and ORDERS that defendants Greyhound Lines, Inc. and FirstGroup America, Inc. shall have until June 15, 2020 to respond to plaintiff Jacob Santos' Complaint.

**IT IS SO ORDERED.**

Dated:   May 29, 2020

_____
Troy L. Nunley
United States District Judge

Proposed Order Granting Fourth

1   Case No. 2:20-cv-00044-TLN-DB
ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT