# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SANTOS,<br><br>       Plaintiff,<br><br>   v.<br><br>GREYHOUND LINES, INC.; FIRSTGROUP AMERICA, INC.; and DOES 1-10, Inclusive,<br><br>       Defendants. | Case No. 2:20-cv-00044-TLN-DB<br><br>**ORDER GRANTING FIFTH STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: January 6, 2020<br>Service Date: January 24, 2020<br>Response Date: June 15, 2020<br>New Date: July 17, 2020<br><br>Trial Date: None<br>District Judge: Hon. Troy L. Nunley<br>     Courtroom 2, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>     Courtroom 27, Sacramento |

In light of the parties' Fifth Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint, and good cause appearing, the Court hereby grants the parties' stipulation and ORDERS that defendants Greyhound Lines, Inc. and FirstGroup America, Inc. shall have until July 17, 2020 to respond to plaintiff Jacob Santos' Complaint.

**IT IS SO ORDERED.**

Dated: June 12, 2020

_____
Troy L. Nunley
United States District Judge

Proposed Order Granting Fifth

1    Case No. 2:20-cv-00044-TLN-DB
ORDER GRANTING FIFTH STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT